**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ROBERT CHENCINSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 12-817-SCW** |
| | ) | |
| **MICHAEL REEDER, EDWARD BERKLEY, TIMOTHY R. QUIGLEY, MARCUS T. MARVIN, and ANDREW HENRY TILDEN,** | ) | |
| | ) | |
| **Defendant(s).** | | |

**JUDGMENT IN A CIVIL CASE**

Defendant ANDREW HENRY TILDEN was dismissed on August 23, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 8).

Defendants TIMOTHY R. QUIGLEY and MARCUS T. MARVIN were dismissed without prejudice on May 30, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 46).

Defendant MICHAEL REEDER was dismissed without prejudice on July 16, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 51).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant EDWARD BERKLEY and against Plaintiff ROBERT CHENCINSKI (Doc. 114).

THEREFORE, judgment is entered in favor of Defendants ANDREW HENRY TILDEN and EDWARD BERKLEY and against Plaintiff ROBERT CHENCINSKI

Plaintiff shall take nothing from this action.

**DATED** this 24th day of July, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by ___s/ Stephen C. Williams__________**
**United States Magistrate Judge**
**Stephen C. Williams**